UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Hypro Corporation and Precision Fitting & Valve, Inc., a wholly-owned subsidiary of Hypro Corporation,

Plaintiffs,

vs.

Terry Rohloff d/b/a T.R. Associates,

Defendant.

Court File No. 00-2656 JRT/SRN

**ORDER**

Based upon the stipulation of the parties,

**IT IS HEREBY ORDERED** that the above-entitled action is dismissed with prejudice and on the merits without costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT:**

Dated: 4/25/2001

[signature]
U. S. District Court Judge

FILED APR 25 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____ 2001
DEPUTY CLERK ____

1261674.2

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Hypro Corporation and Precision Fitting & Valve, Inc., a wholly-owned subsidiary of Hypro Corporation,

Plaintiffs,

vs.

Terry Rohloff d/b/a T.R. Associates,

Defendant.

Court File No. 00-2656 JRT/SRN

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

**IT IS HEREBY STIPULATED** and agreed by the parties, through their counsel, that the above-entitled action may be dismissed with prejudice and on the merits without costs to any party, and that a judgment of dismissal may be entered without further notice or hearing.

**BRIGGS AND MORGAN, P.A.**

Dated: 4/06/01

By: [signature]
R. Scott Davies (#21337)
Tamika R. Nordstrom (#275463)
2400 IDS Center
80 South Eight Street
Minneapolis, MN 55402
612/334-8400

**ATTORNEYS FOR PLAINTIFF**

FOLEY & MANSFIELD, P.L.L.P.

Dated: 4/4/01

By: ______________________
Thomas W. Pahl (#243012)
200 Lafayette Building
1108 Nicollet Mall
Minneapolis, MN 55403
(612) 341-0394

**Attorneys for Defendant**